# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| VICKIE RAWLINS, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 4:21-CV-660 RLW |
| ESURANCE PROPERTY AND CAUALTY INSURANCE COMPANY, ) ) ) ) | |
| Defendant. ) | |

## ORDER

In accordance with the parties' Joint Stipulation for Dismissal (ECF No. 51),

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this matter without prejudice.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this   10th    day of August, 2022.